```
1  MCGREGOR W. SCOTT
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. MAG 07-0022 GGH |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO |
| v. ) | EXTEND TIME FOR PRELIMINARY |
| ) | EXAMINATION AND EXCLUDE TIME |
| ) | |
| SYTHONG VONGTHONGKHAM, ) | |
| aka SAM VONGTHONGKHAM, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The parties agree that time beginning April 23, 2007, and extending through May 7, 2007, should be excluded from the calculation of time under the Speedy Trial Act.  Further, the Defendant consents to an extension of the time for preliminary examination until May 7, 2007.  Fed. R. Crim. P. 5.1(d).  The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).

In particular, the time is required so that the government and defense may study the facts of this case and consider a possible pre-indictment resolution.  To that end, the United States has made discovery available, and the Defendant requires

1

1  sufficient time to evaluate those materials.  The United States
2  is continuing to investigate.  The United States recently
3  disclosed evidence relevant to the loss calculation, which will
4  likely have an effect on plea negotiations and possible pre-
5  indictment resolution.
6      The parties submit that this interest of justice outweighs
7  the interest of the public and the Defendant in a speedy filing
8  of an indictment or information, in accordance with Title 18,
9  United States Code, § 3161(b) and (h)(8)(A), and further that
10 this good cause outweighs the public's interest in the prompt
11 disposition of criminal cases, in accordance with Fed. R. Crim.
12 P. 5(d).

                                    Respectfully Submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney


DATE: April 20, 2006        By:   /s/ Michael M. Beckwith
                                    MICHAEL M. BECKWITH
                                    Assistant U.S. Attorney


DATE: April 20, 2006              /s/ Ned Smock
                                    NED SMOCK
                                    Counsel for Sam Vongthongkham

**IT IS SO ORDERED.**

DATED: April 23, 2007.

                                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/vongthongkham0022.stipord