MCGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. MAG 07-022 GGH |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO |
| v. ) | EXTEND TIME FOR PRELIMINARY |
| ) | EXAMINATION AND EXCLUDE TIME |
| ) | |
| SYTHONG VONGTHONGKHAM, ) | |
| aka SAM VONGTHONGKHAM, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    The parties agree that time beginning May 7, 2007, and extending through May 29, 2007, should be excluded from the calculation of time under the Speedy Trial Act.  Further, the Defendant consents to an extension of the time for preliminary examination until May 29, 2007.  Fed. R. Crim. P. 5.1(d).  The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).

    In particular, the time is required so that the government and defense may study the facts of this case and consider a possible pre-indictment resolution.  To that end, the United States has made discovery available, and the Defendant requires

1

sufficient time to evaluate those materials.  The parties submit that this interest of justice outweighs the interest of the public and the Defendant in a speedy filing of an indictment or information, in accordance with Title 18, United States Code, § 3161(b) and (h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases, in accordance with Fed. R. Crim. P. 5(d).

                                      Respectfully Submitted,

                                      McGREGOR W. SCOTT
                                      United States Attorney

DATE: May 2, 2007                  By:  /s/ Michael M. Beckwith
                                      MICHAEL M. BECKWITH
                                      Assistant U.S. Attorney

DATE: May 2, 2007                      /s/ Ned Smock
                                      NED SMOCK
                                      Counsel for SYTHONG
                                      VONGTHONGKHAM

DATE: May 2, 2007                     /s/ Sythong Vongthongkham

                                      SYTHONG VONGTHONGKHAM

**SO ORDERED.  5/11/07**

/s/ Gregory G. Hollows
_____
HON. GREGORY G. HOLLOWS
U.S. Magistrate Judge

vongthongkham.ord